DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RALPH ADAMSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-173 EJG |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| ) | |
| RALPH ADAMSON ) | |
| ) | Date:  July 18, 2008 |
| Defendant. ) | |
| ) | Time:  10:00 a.m. |
| _____ ) | Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, Kyle Reardon, Assistant United States Attorney, and Caro Marks, attorney for defendant Ralph Adamson, as follows:

The Status Conference date of June 6, 2008 should be continued until July 18, 2008.

The reason for the continuance is as follows. First, the defendant is charged under a rarely charged obscenity statute, 18 U.S.C. §1466A(a)(1) [Production of Obscene Representations of the Sexual Abuse of Children]. There appear to be only two reported cases in the country involving this statute. The defense needs additional time to research

1  the law. Second, the parties needs additional time to review the
2  computer images in this case. Since the government cannot provide the
3  actual images to the defense as part of the discovery, this task
4  requires the parties to meet and confer in the presence of a case agent
5  with a special computer so the defense can inspect the charged images.
6  This task will require additional time because defense counsel is in a
7  jury trial which will not be over until June, and needs the additional
8  time to complete work on this case.

9     Therefore the parties stipulate and agree on a continuance until
10 July 18, 2008.

11    IT IS STIPULATED that the period from the signing of this Order up
12 to and including July 18, 2008 be excluded in computing the time within
13 which trial must commence under the Speedy Trial Act, pursuant to 18
14 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation
15 of counsel.

16 Dated: May 15, 2008              Respectfully submitted,

17                                  DANIEL BRODERICK
                                    Federal Defender
18
                                    /s/ Caro Marks
19                                  _____
                                    CARO MARKS
20                                  Assistant Federal Defender
                                    Attorney for Defendant
21                                  RALPH ADAMSON

22

23 Dated:  May 15, 2008             MCGREGOR SCOTT
                                    United States Attorney
24

25                                  /s/ Kyle Reardon

26                                  _____
                                    KYLE REARDON
                                    Assistant U.S. Attorney
27

28                                         ORDER

Stip & Order/Ralph Adamson              -2-

1  UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
2 ordered that the status conference presently set for June 6, 2008, be
3 continued to July 18, 2008, at 10:00 a.m.  Based on the representation
4 of defense counsel and good cause appearing therefrom, the Court hereby
5 finds that the failure to grant a continuance in this case would deny
6 defense counsel reasonable time necessary for effective preparation,
7 taking into account the exercise of due diligence.  The Court finds
8 that the ends of justice to be served by granting a continuance
9 outweigh the best interests of the public and the defendant in a speedy
10 trial.  It is ordered that time from this date to, and including, the
11 July 18, 2008 status conference shall be excluded from computation of
12 time within which the trial of this matter must be commenced under the
13 Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and
14 Local Code T-4, to allow defense counsel time to prepare.
15 Dated: May 19, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge

Stip & Order/Ralph Adamson                -3-

Stip & Order/Ralph Adamson                -4-