```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  RALPH ADAMSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-08-173 EJG |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) STATUS CONFERENCE |
| | ) |
| RALPH ADAMSON | ) |
| | ) Date: August 15, 2008 |
| Defendant. | ) |
| | ) Time: 10:00 a.m. |
| _____ | ) Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, Kyle Reardon, Assistant United States Attorney, and Caro Marks, attorney for defendant Ralph Adamson, as follows:

The Status Conference date of July 18, 2008 should be continued until August 15, 2008.

The reason for the continuance is that defense counsel has now viewed the computer evidence in the case, and the parties this week reached a tentative agreement as to resolution of the case. The parties need additional time to discuss the government's proposal, to negotiate details, and then defense counsel needs time to discuss the proposal

1 with the defendant.  As defense counsel will be on annual leave for
2 part of August, the parties agree that the status conference should be
3 continued until August 15, 2008.  The defense anticipates that the
4 August 15 hearing will be a change of plea.
5      IT IS STIPULATED that the period from the signing of this Order up
6 to and including August 15, 2008 be excluded in computing the time
7 within which trial must commence under the Speedy Trial Act, pursuant
8 to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing
9 preparation of counsel.
10 Dated: July 17, 2008              Respectfully submitted,
11                                   DANIEL BRODERICK
                                     Federal Defender
12
                                     /s/ Caro Marks
13                                   _____
                                     CARO MARKS
14                                   Assistant Federal Defender
                                     Attorney for Defendant
15                                   RALPH ADAMSON
16
17 Dated:  July 17, 2008             MCGREGOR SCOTT
                                     United States Attorney
18
19                                    /s/ Kyle Reardon
                                     _____
20                                   KYLE REARDON
                                     Assistant U.S. Attorney
21
22
23                                 ORDER
24      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
25 ordered that the status conference presently set for July 18, 2008, be
26 continued to August 15, 2008, at 10:00 a.m.  Based on the
27 representation of defense counsel and good cause appearing therefrom,
28 the Court hereby finds that the failure to grant a continuance in this

1  case would deny defense counsel reasonable time necessary for effective
2  preparation, taking into account the exercise of due diligence.  The
3  Court finds that the ends of justice to be served by granting a
4  continuance outweigh the best interests of the public and the defendant
5  in a speedy trial.  It is ordered that time from this date to, and
6  including, the August 15, 2008 status conference shall be excluded from
7  computation of time within which the trial of this matter must be
8  commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
9  3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel
10 time to prepare.
11 Dated: July 17, 2008

                                        /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        Senior United States District Judge