```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RALPH ADAMSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RALPH ADAMSON, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-S-08-173 EJG <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date:  August 22, 2008 <br> Time:  10:00 a.m. <br> Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, Kyle Reardon, Assistant United States Attorney, and Caro Marks, attorney for defendant Ralph Adamson, as follows:

The Status Conference date of August 15, 2008 should be continued until August 22, 2008.

The reason for the continuance is to allow the parties to finalize the terms of the plea agreement. A plea agreement has been tendered by the government, and the defense is in the process of making changes to it, which the government then needs time to review and approve. The parties believe this can be achieved within the next week, and anticipate that the August 22 hearing will be a change of plea.

IT IS STIPULATED that the period from the signing of this Order up to and including August 22, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: August 14, 2008            Respectfully submitted,

|     |     |
| --- | --- |
|     | DANIEL BRODERICK<br>Federal Defender |
|     | /s/ Caro Marks<br>_____<br>CARO MARKS<br>Assistant Federal Defender<br>Attorney for Defendant<br>RALPH ADAMSON |
| Dated: August 14, 2008 | MCGREGOR SCOTT<br>United States Attorney |
|     | /s/ Kyle Reardon<br>_____<br>KYLE REARDON<br>Assistant U.S. Attorney |

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for August 15, 2008, be continued to August 22, 2008, at 10:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from this date to, and including, the August 22, 2008 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: August 14, 2008            /s/ EDWARD J. GARCIA
                                  Senior United States District Judge

Stip & Order/Ralph Adamson        -2-