```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RALPH ADAMSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-173 EJG |
| )  Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE AND SET CHANGE |
| ) | OF PLEA HEARING |
| RALPH ADAMSON ) | |
| ) | |
| Defendant. ) | Date: September 5, 2008, 2008 |
| ) | |
| _____ ) | Time: 10:00 a.m. |
| | Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, Kyle Reardon, Assistant United States Attorney, and Caro Marks, attorney for defendant Ralph Adamson, as follows:

The Status Conference date of August 22, 2008 should be continued until September 5, 2008.

The reason for the continuance is to allow the parties to finalize the terms of the plea agreement, and to allow the prosecutor to be present at the change of plea. AUSA Reardon will be away on the presently set date of August 22, 2008. The plea agreement is relatively complex, and the parties agree a continuance is necessary

1  for the ongoing presence of government counsel.  Since the parties are
2  still discussing the terms of the plea agreement and researching some
3  of the pertinent guidelines adjustments, a continuance is also
4  necessary for preparation of counsel, and both parties so stipulate.
5       IT IS STIPULATED that the period from the signing of this Order up
6  to and including September 5, 2008 be excluded in computing the time
7  within which trial must commence under the Speedy Trial Act, pursuant
8  to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing
9  presence and preparation of counsel.

11 Dated: August 14, 2008              Respectfully submitted,

12                                     DANIEL BRODERICK
                                       Federal Defender
13
                                       /s/ Caro Marks
14                                     _____
                                       CARO MARKS
15                                     Assistant Federal Defender
                                       Attorney for Defendant
16                                     RALPH ADAMSON

18 Dated:  August 14, 2008             MCGREGOR SCOTT
                                       United States Attorney
19

20                                      /s/ Kyle Reardon
                                       _____
21                                     KYLE REARDON
                                       Assistant U.S. Attorney

24                              ORDER

25      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
26 ordered that the status conference presently set for August 22, 2008,
27 be continued to September 5, 2008, at 10:00 a.m.  Based on the
28 representation of defense counsel and good cause appearing therefrom,

the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from this date to, and including, the September 5, 2008 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow counsel time to prepare.

Dated:   August 18, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge