McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-CR-0173-EJG |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| RALPH WILLIAM ADAMSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Ralph William Adamson it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 2253, defendant Ralph William Adamson's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   (a) One Apple E-Mac, EMC number A1955, model number A1002;

   (b) One 40 GB computer hard drive manufactured by Maxtor on or about April 16, 2003, sku number YH31606SSNKDA;

   (c) One E-Tower, model number 700ID, serial number QA30C50002107; and

1        (d) One 30.7 GB computer hard drive manufactured by
2            Maxtor, serial number F40EWG1C.

3        2.   The above-listed property constitutes property which
4   contain visual depictions produced, transported, mailed, shipped,
5   or received, and is property used or intended to be used to
6   commit and to promote the commission of a violation of 18 U.S.C.
7   § 2252(a)(4)(B).

8        3.   Pursuant to Rule 32.2(b), the Attorney General (or a
9   designee) shall be authorized to seize the above-listed property.
10  The aforementioned property shall be seized and held by the
11  United States, in its secure custody and control.

12       4.   a.   a.   Pursuant to 18 U.S.C. § 2253(b), incorporating
13  21 U.S.C. § 853(n), and Local Rule 83-171, the United States
14  shall publish notice of the order of forfeiture.  Notice of this
15  Order and notice of the Attorney General's (or a designee's)
16  intent to dispose of the property in such manner as the Attorney
17  General may direct shall be posted for at least 30 consecutive
18  days on the official internet government forfeiture site
19  www.forfeiture.gov.  The United States may also, to the extent
20  practicable, provide direct written notice to any person known to
21  have alleged an interest in the property that is the subject of
22  the order of forfeiture as a substitute for published notice as
23  to those persons so notified.

24            b.   This notice shall state that any person, other than
25  the defendant, asserting a legal interest in the above-listed
26  property, must file a petition with the Court within sixty (60)

28                                 2

days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

SO ORDERED this <u>30th</u> day of <u>September</u> , 2008.


                 /s/ Edward J. Garcia
                EDWARD J. GARCIA
                United States District Judge