```
1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RALPH ADAMSON
6
7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) No. Cr-S-07-280 EJG
                                 )
12              Plaintiff,       )
                                 ) NOTICE OF HEARING
13       v.                      )
                                 )
14  RALPH ADAMSON,               ) Date: December 12, 2008
                                 ) Time: 10:00 a.m.
15              Defendant.       ) Judge: Edward J. Garcia
                                 )
16  _____)

17       The current presentence report schedule and judgment and
18  sentencing date of November 14, 2008 is vacated and a new presentence
19  schedule is as follows:
20
21  Draft PSR due:                         November 07, 2008
    Written objections due:                November 21, 2008
22  PSR to be filed w/court:               November 28, 2008
    Motion for correction due:             December 05, 2008
23  J&S:                                   December 12, 2008
24  ///
25  ///
26  ///
27  ///
28  ///
```

FILED
OCT - 7 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

1 | All parties including the courtroom clerk have been notified and
2 | are in agreement to this continuance.

3 | Dated: October 2, 2008                Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Caro Marks

_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
RALPH ADAMSON

**IT IS SO ORDERED.**

10/7/08

_____
EDWARD J. GARCIA
District Court Judge