**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

*Daniel J. Broderick*          (916) 498-5700  Fax: (916) 498-5710          *Linda C. Harter*
*Federal Defender*                                                                                            *Chief Assistant Defender*

# M E M O R A N D U M & ORDER THEREON

DATE: December 4, 2008

TO: The Honorable Edward J. Garcia

FROM: Lexi Negin, Assistant Federal Defender

SUBJECT: United States v. Ralph William Adamson
08-173 (EJG)

---

The parties and the United States Probation Office jointly request to continue Mr. Adamson's sentencing to **February 4, 2009, at 10:00 a.m.**  The parties and the United States Probation Office also jointly request to alter the pre-sentence investigation schedule as follows:

| | |
|---|---|
| Informal objections shall be filed to the parties and Probation Officer no later than: | 1/14/09 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | 1/21/09 |
| Motion for Correction of the Pre-Sentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | 1/28/09 |
| Sentencing: | 2/4/09 |

Please contact me if you have any questions or require any further information.


IT IS SO ORDERED:    December 8, 2008

                                                         /s/ Edward J. Garcia
                                                         Edward J. Garcia
                                                         United States District Court