**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**

*Daniel J. Broderick*  (916) 498-5700  Fax: (916) 498-5710  *Linda C. Harter*
*Federal Defender*  *Chief Assistant Defender*

## M E M O R A N D U M & ORDER

DATE:   January 15, 2009

TO:     The Honorable Edward J. Garcia

FROM:   Lexi Negin, Assistant Federal Defender

SUBJECT: United States v. Ralph William Adamson
        08-173 (EJG)

---

The parties and the United States Probation Office jointly request to continue Mr. Adamson's sentencing to **March 20, 2009, at 10:00 a.m.**  The parties and the United States Probation Office also jointly request to alter the pre-sentence investigation schedule as follows:

| | |
|---|---|
| Informal objections shall be filed to the parties and Probation Officer no later than: | 2/27/09 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | 3/6/09 |
| Motion for Correction of the Pre-Sentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | 3/13/09 |
| Sentencing: | 3/20/09 |

Please contact me if you have any questions or require any further information.


IT IS SO ORDERED - January 27, 2009        /s/ Edward J. Garcia, U. S. District Judge