**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

*Daniel J. Broderick*     (916) 498-5700  Fax: (916) 498-5710     *Linda C. Harter*
*Federal Defender*                                                                              *Chief Assistant Defender*

# M E M O R A N D U M **AND ORDER**

DATE:         April 22, 2009

TO:           The Honorable Edward J. Garcia

FROM:         Lexi Negin, Assistant Federal Defender

SUBJECT:      United States v. Ralph William Adamson
              08-173 (EJG)

---

The parties and the United States Probation Office jointly request to continue Mr. Adamson's sentencing to **June 26, 2009, at 10:00 a.m.**

The reason for the continuance is that in order to properly make written informal objections to the probation report's calculation of the number of images contained on the computers in this case, counsel needs to view the computers. Defense counsel has made arrangements with the government to view the images on four separate occasions. Counsel has appeared at the high tech crimes office on those four occasions with time to view the images and engage in an analysis of the numbers of images. The review could take several hours and more than one session.

On each occasion, technical problems that were not in counsel's control prevented counsel from being able to complete the analysis. The image of the drive was corrupted and a new image must be made by the government before counsel can complete the review. Counsel and the agents are continuing efforts so that counsel can conduct the review that needs to be conducted. However, at this time, no new date has been scheduled for review due to the unavailability of an uncorrupted image of the computer drive.

The parties and the United States Probation Office also jointly request to alter the pre-sentence investigation schedule as follows:

| | |
|---|---|
| Informal objections shall be filed to the parties and Probation Officer no later than: | 6/5/09 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | 6/12/09 |
| Motion for Correction of the Pre-Sentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | 6/19/09 |

Sentencing: 6/26/09

Please contact me if you have any questions or require any further information.


IT IS SO ORDERED: April 23, 2009

                                      /s/ Edward J. Garcia
                                      U. S. District Judge
                                      United States District Court