**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814

*Daniel J. Broderick*     (916) 498-5700  Fax: (916) 498-5710     *Linda C. Harter*
*Federal Defender*     *Chief Assistant Defender*

# M E M O R A N D U M

DATE:       June 24, 2009

TO:         The Honorable Edward J. Garcia

FROM:       Lexi Negin, Assistant Federal Defender

SUBJECT:    United States v. Ralph William Adamson
            08-173 (EJG)

---

The parties and the United States Probation Office jointly request to continue Mr. Adamson's sentencing to **September 4, 2009, at 10:00 a.m.**
The reason for the continuance is that in order to properly make written informal objections to the probation report's calculation of the number of images contained on the computers in this case, counsel needs to view the computers. Defense counsel has almost completed the review of the computers and is prepared to file informal objections.
The Assistant United States Attorney assigned to this case, Kyle Reardon, has been on emergency family leave and will not return until early August, thus he will not be able to respond to counsel's informal objections and file any formal objections until August.
The parties and the United States Probation Office jointly request to alter the pre-sentence investigation schedule as follows:

| | |
|---|---|
| Informal objections shall be filed to the parties and Probation Officer no later than: | 7/31/09 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | 8/14/09 |
| Motion for Correction of the Pre-Sentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | 8/28/09 Sentencing: 9/4/09 |

Please contact me if you have any questions or require any further information.


IT IS SO ORDERED:   June 24, 2009

                                                          /s/ Edward J. Garcia
                                                          Edward J. Garcia
                                                          United States District Court