LAWRENCE G. BROWN
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-CR-0173-EJG |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| RALPH WILLIAM ADAMSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on or about October 1, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Ralph William Adamson forfeiting to the United States the following property:

   (a) One Apple E-Mac, EMC number A1955, model number A1002;

   (b) One 40 GB computer hard drive manufactured by Maxtor on or about April 16, 2003, sku number YH31606SSNKDA;

   (c) One E-Tower, model number 700ID, serial number QA30C50002107; and

   (d) One 30.7 GB computer hard drive manufactured by Maxtor, serial number F40EWG1C.

1	AND WHEREAS, beginning on October 3, 2008, for at least 30
2	consecutive days, the United States published notice of the Court's
3	Order of Forfeiture on the official internet government forfeiture
4	site www.forfeiture.gov.  Said published notice advised all third
5	parties of their right to petition the Court within sixty (60) days
6	from the first day of the publication for a hearing to adjudicate
7	the validity of their alleged legal interest in the forfeited
8	property;
9	AND WHEREAS, the Court has been advised that no third party has
10	filed a claim to the subject property, and the time for any person
11	or entity to file a claim has expired.
12	Accordingly, it is hereby ORDERED and ADJUDGED:
13	1.  A Final Order of Forfeiture shall be entered forfeiting to
14	the United States of America all right, title, and interest in the
15	above-listed property pursuant to 18 U.S.C. § 2253, to be disposed
16	of according to law, including all right, title, and interest of
17	Ralph William Adamson.
18	2.  All right, title, and interest in the above-listed property
19	shall vest solely in the name of the United States of America.
20	3.  The U.S. Marshals Service shall maintain custody of and
21	control over the subject property until it is disposed of according
22	to law.
23	SO ORDERED THIS 30th day of October  , 2009.

			/s/ Edward J. Garcia
			EDWARD J. GARCIA
			United States District Judge