```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RALPH ADAMSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S. 08-173-EJG |
| Plaintiff, ) | |
| ) | **STIPULATED MOTION FOR** |
| v. ) | **RESENTENCING; ORDER** |
| ) | |
| RALPH ADAMSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

    Plaintiff, the United States of America, by and through Kyle Reardon, Assistant United States Attorney, and defendant, RALPH ADAMSON, by and through Lexi Negin, Assistant Federal Defender, hereby enter into the following stipulation, and request that the Court enter the proposed order attached hereto.

    The parties agree and stipulate to the following:

    1.   On October 1, 2009, an amended judgment was entered in the above-entitled matter after this Court imposed a sentence of 78 months imprisonment, the low end of the advisory sentencing guidelines range.

2.  On October 28, 2010, the Ninth Circuit Court of Appeals issued a memorandum disposition vacating Mr. Adamson's sentence and remanding the case to this Court for resentencing.  Mem. Dispo., No. 09-10421.  The memorandum invited the parties to consider a stipulation to the sentencing guidelines in this case.  The parties have considered the court's order and the procedural posture of the case, and have agreed that the number of images of child pornography possessed by the defendant is between 10 and 149 images, thereby meriting a two-level increase to the guideline offense level under United States Sentencing Guideline (USSG) § 2G2.2(b)(7)(A), as opposed to the five-level increase originally calculated by the probation office under USSG § 2G2.2(b)(7)(D).

3.  In light of the Ninth Circuit's memorandum disposition, the parties stipulate and agree that the Court find that there are between 10 and 149 images of child pornography possessed by the defendant in this case.  With this finding, the total offense level is 25.  Mr. Adamson's criminal history category is I.  The correct advisory sentencing guideline range is 57 to 71 months.  Consistent with its obligations under the plea agreement, the government agrees that the low end of the advisory sentencing guidelines range is an appropriate sentence in this case.

4.  The parties hereby stipulate that Mr. Adamson be resentenced on Count One of the indictment and be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 57 months, the low end of the applicable guideline range.  The parties ask that the Court sign the attached proposed order.

5.  The parties waive the preparation of an amended presentence investigation report.

6. Mr. Adamson waives his right to be present at sentencing pursuant to Rule 43(c)(1)(B).

Accordingly, the United States and defendant Ralph Adamson request the Court enter the lodged order attached hereto.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: November __, 2010        /s/ Lexi Negin
                                LEXI NEGIN
                                Assistant Federal Defender

                                Attorney for Defendant
                                RALPH ADAMSON


                                BENJAMIN B. WAGNER
                                United States Attorney

Dated: November __, 2010        /s/ Kyle Reardon
                                KYLE REARDON
                                Assistant U.S. Attorney

```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700



Attorney for Defendant
RALPH ADAMSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S. 08-173-EJG |
|                     Plaintiff, ) | |
|       v.   ) | **ORDER REGARDING RESENTENCING** |
| RALPH ADAMSON, ) | |
|                     Defendant. ) | |
| _____ ) | |

    The captioned matter having come before this Court on the parties' stipulation, the Court enters the findings and order as follows:

    1.  The Court finds, pursuant to the parties' stipulation, that the number of images in this case is between 10 and 149, under USSG § 2G2.2(b)(7)(A). Accordingly, the Court finds that the total offense level is 25. With Mr. Adamson's previously-calculated criminal history category of I, the resulting advisory guideline range is 57 to 71 months.

    2.  The court finds that a sentence of 57 months is a reasonable

sentence that is sufficient but not greater than necessary to comply with the goals of sentencing under 18 U.S.C. § 3553.

  3. Accordingly, it is ORDERED that the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of FIFTY-SEVEN (57) months on Count One of the indictment charging violation of 18 U.S.C. § 2252(a)(4)(B).

  4. The Clerk shall forthwith prepare an amended judgment reflecting only the new sentence. All other terms and conditions of the original judgment shall remain in effect.

  5. The Clerk shall serve a copy of the amended judgment on the United States Bureau of Prisons and the United States Probation Office;

  IT IS SO ORDERED.

Dated: November 23, 2010

_____ /s/ Edward J. Garcia
              HONORABLE EDWARD J. GARCIA
              United States District Judge